# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 13, 2026

Lyle W. Cayce
Clerk

No. 25-30695

Felicia Scroggins,

*Plaintiff—Appellant*,

*versus*

City of Shreveport,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:23-CV-1549

———————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.